

LONG ISLAND GENERAL OFFICE
NEW YORK LIFE INSURANCE CO.
520 BROAD HOLLOW ROAD
MELVILLE, NY 11747-5002
TEL: (631) 391-2900

EMDIN, LILITH MAE

| | | | |
|---|---|---|---|
| BANK CODE: | 0779 | REFERENCE TYPE: | M |
| CHECK NO: | 8230089872 | REFERENCE NUMBER: | 185245 |
| CHECK AMOUNT: | $2715.26 | ACCOUNTING DATE: | 2019-01-02 |
| CHECK DATE: | JANUARY 02, 2019 | REQUESTER ID: | V65JLAI |
| FUNCTION TYPE: | FUEL | | |
| IN PAYMENT OF: | | | |
| LEDGER DEBIT | | | |

EXPLANATION OF BENEFITS
PLEASE DETACH AND SAVE FOR YOUR RECORDS

Case # 18-47128