# Denrick W. Cooper, P.C.

ATTORNEY AT LAW
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NEW YORK 11427
TELEPHONE: (718) 479-9500 • FACSIMILE: (718) 479-9509

September 26, 2019

Honorable Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

Re: Lilith Emdin
Case No. 18-47128

Dear Judge Craig:

This loss mitigation status letter is submitted on behalf of Lilith Emdin.

Please allow this letter to serve as a status update.

A full package was submitted to the secured creditor on July 5, 2019.

As of August 28, 2019, all missing documents were submitted including documentation of income.

As of today, the only issues are the paystubs.

The debtor works for New York Life Insurance Company and she does not receive paystubs.

Each month her wages are deposited in her bank account.   See bank statement enclosed with deposits from New York Life circled.

The bank statements were submitted to the secured creditor with the deposits from New York Life Insurance Company, however, the secured creditor fail to accept this as documentation for her wages.

If you have any questions please contact my office.

Truly yours,

s/Denrick Cooper, Esq.
Denrick Cooper, Esq.

cc:    Friedman Vartolo LLP
       Richard Postiglione, Esq.



Lilith Emdin
100 E 46th St
Brooklyn NY  11203

Thanks for saving with Capital One 360®

Since you became a Saver on 12/01/2018,
your account(s) have earned:

### $0.65

Customer Number XXXXXXX314

## Your Savings Summary as of 08/31/2019

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| 360 Checking | | | $436.32 | |

## Your 360 Checking Activity

Account: ▓▓▓▓▓▓▓▓ Annual Percentage Yield Earned: 0.20%  Interest and bonuses - Life to date: $0.65  Year to date: $0.64

| Activity | Date | Amount | Deposit Balance |
|---|---|---|---|
| Opening Balance | 08/01/2019 | | $424.06 |
| Deposit from NEW YORK LIFE LDGR PYMT | 08/05/2019 | $511.10 | $935.16 |
| Debit Card Purchase - COSTCO GAS #1215 OCEANSIDE, NY US | 08/05/2019 | $(50.01) | $885.15 |
| 360 Checking Card Adjustment Signature (Credit) BEST BUY MHT 00009506 VALLEY  STREA NY | 08/06/2019 | $156.41 | $1,041.56 |
| Debit Card Purchase - LUKOIL 58053 BROOKLYN, NY US | 08/07/2019 | $(490.00) | $551.56 |
| Deposit from NEW YORK LIFE LDGR PYMT | 08/09/2019 | $1,064.15 | $1,615.71 |
| Debit Card Purchase - BEST BUY 00009506 VALLEY STREAM, NY US | 08/09/2019 | $(29.35) | $1,586.36 |
| Debit Card Purchase - PURITY PRODUCTS 8887697873 NY | 08/13/2019 | $(19.95) | $1,566.41 |
| Debit Card Purchase - COSTCO GAS #1215 OCEANSIDE, NY US | 08/14/2019 | $(56.94) | $1,509.47 |
| Debit Card Purchase - COSTCO WHSE #1215 OCEANSIDE, NY US | 08/14/2019 | $(95.58) | $1,413.89 |
| Debit Card Purchase - AMAZON PRIME AMZN COM BIL WA | 08/19/2019 | $(14.14) | $1,399.75 |

Your email address is: hephzibah8@yahoo.com. Update this and all your information at capitalone360.com in the My Info section.

   

| Description | Date | Amount | Balance |
|---|---|---|---|
| Debit Card Purchase - ERENA HAIR SALON BROOKLYN, NY US | 08/21/2019 | $(370.18) | $1,029.57 |
| Debit Card Purchase - BLS IMARKETSLIVE 3473890581 | 08/21/2019 | $(164.95) | $864.62 |
| Debit Card Purchase - STAPLES 00112318 BROOKLYN NY | 08/22/2019 | $(44.63) | $819.99 |
| Debit Card Purchase - COSTCO GAS #1215 OCEANSIDE, NY US | 08/23/2019 | $(53.65) | $766.34 |
| Debit Card Purchase - COSTCO WHSE #1215 OCEANSIDE, NY US | 08/23/2019 | $(88.43) | $677.91 |
| Withdrawal from NEW YORK LIFE INS. PREM. | 08/26/2019 | $(48.92) | $628.99 |
| ATM Withdrawal - CAPITAL ONE A04A BROOKLYN, NY | 08/27/2019 | $(200.00) | $428.99 |
| Deposit from NEW YORK LIFE LDGR PYMT | 08/30/2019 | $122.81 | $551.80 |
| Debit Card Purchase - COSTCO GAS #1215 OCEANSIDE, NY US | 08/31/2019 | $(50.52) | $501.28 |
| Debit Card Purchase - COSTCO WHSE #1215 OCEANSIDE, NY US | 08/31/2019 | $(65.12) | $436.16 |
| Monthly Interest Paid | 08/31/2019 | $0.16 | $436.32 |
| Closing Balance | 08/31/2019 | | $436.32 |

See below for important information.

